UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DUSTY PHELPS and<br>MIRANDA EVANS,<br>Individually, and on behalf of<br>themselves and other similarly situated<br>current and former employees,<br><br>      Plaintiffs,<br><br>v.<br><br>SUMIRIKO TENNESSEE, INC.,<br><br>      Defendant. | No.: 3:20-cv-421-TAV-HBG |

## **ORDER**

      This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge H. Bruce Guyton, on March 19, 2021 [Doc. 48]. In the R&R, Judge Guyton recommends that the Court grant plaintiffs' Motion for Fair Labor Standards Act ("FLSA") Conditional Certification [Doc. 43] to the extent that it requests conditional certification and that the parties' proposed order [Doc. 47-1] be entered. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

      After a careful review of the matter, the Court is in complete agreement with Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 48], and plaintiffs' Motion for

FLSA Conditional Certification [Doc. 43] is **GRANTED** to the extent that it requests conditional certification and that the parties' proposed order [Doc. 47-1] be entered.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE