UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DUSTY PHELPS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.: 3:20-CV-421-TAV-JEM ) |
| SUMIRIKO TENNESSEE, INC., | ) ) |
| Defendant. | ) ) |

## JUDGMENT ORDER

For the reasons addressed in the accompanying memorandum opinion and order, the Court hereby:

(1) **APPROVES** the settlement of Plaintiffs' claims with Defendant, for $18,476.25 in compensatory damages for Plaintiffs who have settled, including the service-recognition payments for the Named Plaintiffs, to be allocated as set forth in the Settlement Agreement;

(2) **AWARDS** reasonable attorneys' fees and costs to Plaintiffs' counsel in the amount of $41,523.75 to be paid as set forth in the Settlement Agreement;

(3) **DISMISSES WITHOUT PREJUDICE** the claims of Chastity Rouse; and

(4) **DISMISSES WITH PREJUDICE** the claims of all other Plaintiffs in this action.

There being no further claims before the Court, the Clerk of Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

ENTER:

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    LeAnna R. Wilson
    CLERK OF COURT